# EXHIBIT 2

**Bank**
PO BOX 1580
ROANOKE VA 24007-1580

Billing Cycle Closing Date: 02/19/09

Account Number:

Name: MAHESH PATEL



### Account Summary

| | | | |
|---|---|---|---|
| Beginning balance | $36.62 | Number of days in billing cycle | 30 |
| Payments and credits | 36.62 | Credit limit | 6,300.00 |
| Purchase and adjustments less refunds | 0.00 | Available credit | 6,300.00 |
| Cash advances | 0.00 | | |
| FINANCE CHARGES | 0.00 | Payment due date | 03/16/09 |
| Balance 02/19/09 | $0.00 | NEW MINIMUM PAYMENT DUE | $0.00 |

FOR INFORMATION PLEASE CALL: 800-543-9000
SEND INQUIRIES TO: FIRST CITIZENS BANK PO BOX 1580 ROANOKE VA 24007-1580

Page 1 of 2

### TRANSACTIONS SINCE LAST STATEMENT

| Trans | Post | Reference Number | Description | Amount |
|---|---|---|---|---|
| 02/10 | 02/10 | 06400296062 | PAYMENT RECEIVED — THANK YOU | 36.62 - |

TOTAL *FINANCE CHARGE* BILLED LAST YEAR  $0.00

YOUR ANNUAL PERCENTAGE RATE (APR) IS DETERMINED BY ADDING 5.00% TO THE WALL STREET JOURNAL PRIME RATE.

| TYPE OF BALANCE | DAILY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGES |
|---|---|---|---|---|
| Purchases | 0.023 | 8.25 | 0.00 | 0.00 |
| Cash Advances | 0.023 | 8.25 | 0.00 | 0.00 |

* Periodic Rate May Vary.
NOTE: See reverse side for Annual Membership Fee disclosure.

| | |
|---|---|
| Total Periodic FINANCE CHARGES: | $0.00 |
| Total Transaction Charges: | $0.00 |
| Total FINANCE CHARGES: | $0.00 |
| ANNUAL PERCENTAGE RATE: | 0.000% |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

**First Citizens Bank**
PO BOX 1580
ROANOKE VA 24007-1580

 0000000000000000A

INDICATE CHANGE OF ADDRESS ON BACK OF RETURN ENVELOPE.

| MINIMUM PAYMENT DUE | PAST DUE AMOUNT | PAYMENT DUE DATE | NEW BALANCE | ACCOUNT NUMBER | PLEASE WRITE IN AMOUNT OF PAYMENT ENCLOSED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 03/16/09 | 0.00 | | $ |

PROMPT CREDITING OF PAYMENTS: TO RECEIVE CREDIT FOR PAYMENT AS OF THE DATE OF RECEIPT, WE MUST RECEIVE THIS PORTION OF THIS STATEMENT AND YOUR CHECK OR MONEY ORDER BY 6:00AM. USE ENCLOSED ENVELOPE AND MAKE PAYMENT TO

PLEASE DETACH AND ENCLOSE THIS PORTION WITH PAYMENT.

FIRST CITIZENS BANK
PO BOX 63001
CHARLOTTE NC 28263-3001

MAHESH PATEL                            **P0023500
217 COACH RIDGE TRL
MATTHEWS NC 28105-6571