IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:09cv159

| | |
|---|---|
| In re the Application of | ) |
| | ) |
| SUSANNE NEVES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| ERICO FERREIRA NEVES, | ) |
| BARTHI PATEL, and MAHESH | ) |
| PATEL, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner Susanne Neves's Expedited Petition for Return of Children to Petitioner and Expedited Petition for Immediate Issuance of Show Cause Order to Respondent [Doc. 1] is **GRANTED**, and judgment is hereby entered in favor of the Petitioner against the Respondents Erico Ferreira

Neves, Barthi Patel, and Mahesh Patel. The Petitioner shall forthwith return to Germany with the children and shall seek the determination of the German Courts regarding the custody, support, and visitation of the children. The Respondents shall not interfere in any respect with such return.

**IT IS FURTHER ORDERED** that the Petitioner's Application for Attorney Fees and Expenses [Doc. 20] is **GRANTED**, and the Petitioner Susanne Neves is hereby awarded $33,999.46 against the Respondent Erico Ferreira Neves, and $5,999.90 against the Respondents Barthi Patel and Mahesh Patel, jointly and severally, for attorney's fees and other expenses incurred in prosecuting the Petition.

Signed: May 29, 2009

Martin Reidinger
United States District Judge